*Edmund F. Lamb* and *John E. Purdy* for appellants.

*Max D. Steuer* and *Henry Klein* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.

In the Matter of JEREMIAH DENNEHY et al., Appellants and Respondents, against PAUL J. KERN et al., Constituting the Municipal Civil Service Commission of the City of New York, et al., Respondents and Appellants.

Argued October 19, 1938; decided November 22, 1938.

646

*Albert De Roode* for petitioners, appellants and respondents.

*William C. Chanler, Corporation Counsel (Frederick P. Bryan* and *Leonard M. Wallstein, Jr.,* of counsel), for defendants, respondents and appellants.

Order affirmed, without costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.

In the Matter of the Accounting of PETER DOELGER et al., as Trustees under the Will of PETER DOELGER, Deceased.

JOHN W. HANNON, Special Guardian for EDWARD G. KUSER et al., Appellant; CHARLES TSCHANETT et al., Respondents.

Argued October 19, 1938; decided November 22, 1938.